```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03978
   DAVID VILLARREAL JR
   ERIKA ANNE VILLARREAL                    CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8532    SSN XXX-XX-4423

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 03/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED              500.00        14.98       500.00
AMERICAN GENERAL FINANCE   UNSECURED           2896.51          .00          .00
HARRIS N A                 SECURED VEHIC       5144.78        194.10      4611.27
HINSDALE BANK & TRUST      SECURED VEHIC      14927.00        859.02      6343.91
LASALLE BANK               CURRENT MORTG          .00           .00       4992.00
SHOPPERS CHARGE ACCOUNTS   SECURED              775.00         35.97       572.82
SHOPPERS CHARGE ACCOUNTS   UNSECURED           3244.84          .00          .00
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00           .00      14300.40
INTERNAL REVENUE SERVICE   PRIORITY          308536.79          .00       5524.54
ECAST SETTLEMENT CORP      UNSECURED           6208.70          .00          .00
HOUSEHOLD FINANCE CORPOR   UNSECURED           6638.55          .00          .00
CAPITAL ONE                UNSECURED            595.75          .00          .00
CHASE                      UNSECURED          NOT FILED         .00          .00
LVNV FUNDING LLC           UNSECURED          12459.47          .00          .00
LVNV FUNDING LLC           UNSECURED          11163.98          .00          .00
HSBC NV                    UNSECURED          NOT FILED         .00          .00
INTERNAL REVENUE SERVICE   UNSECURED           7060.27          .00          .00
NORTHWESTERN MEMORIAL HO   UNSECURED          NOT FILED         .00          .00
WELLS FARGO FINANCIAL BA   UNSECURED           4920.75          .00          .00
HINSDALE BANK & TRUST      UNSECURED            365.97          .00          .00
LASALLE BANK               SECURED NOT I        383.62          .00          .00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE       2515.74          .00       2515.74
B-REAL LLC                 UNSECURED          12523.35          .00          .00
ECAST SETTLEMENT CORP      UNSECURED           9508.67          .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY            .00                        .00
TOM VAUGHN                 TRUSTEE                                       2,875.25
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 03978 DAVID VILLARREAL JR & ERIKA ANNE VILLARREAL
```

```
TRUSTEE                                  43,340.00

PRIORITY                                                      5,524.54
SECURED                                                      33,836.14
    INTEREST                                                  1,104.07
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                          2,875.25
DEBTOR REFUND                                                      .00
                                   ---------------      ---------------
TOTALS                                   43,340.00           43,340.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 06/23/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 03978 DAVID VILLARREAL JR & ERIKA ANNE VILLARREAL